■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS F. FERNANDEZ-VARGAS, Appellant. [970 NYS2d 709]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed April 5, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Chambers and Austin, JJ., concur.